In The Eastern District of TN Federal Court

SANDRA LIVINGSTON as next of kin )
And on behalf of her deceased son Jerry )
Riley Livingston DOB: 2-18-1983 )
    *Plaintiff,* )
)
vs. )
)
)
Officer John Doe 1 in his personal and )
professional capacity, Officer John Doe 2, )
in his personal and professional capacity, )
Sherriff Steve Lawson in his professional )
Capacity )
    *Defendants.* )
)

FILED MAR 3 0 2023
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

1:23-cv-66
McDonough/Steger

## COMPLAINT FOR WRONG DEATH

- On or about the first or second of April 2022 did kill Jerry Riley Livingston DOB: 2-18-1983.

- Jerry Riley Livingston did not have any children nor was he married at the time of death.

- I believe that the shooting and/or death of my son at the hand of the defendants was in violation of the wrongful death laws, was in violation of my son's constitutional rights, specifically the forth amendment, was an unreasonable search and seizure, was an invasion of his privacy, was in violation of the due process clause and likewise in violation of the 14th amendment to the United States Constitution.

- I believe the death of my son at the hands of law enforcement officers constituted excessive force and cruel and unusual punishment.

- I believe the sheriff's deputies are personally and professionally liable for wrongful death as well as the Sherriff and the county of Bradley are likewise liable for the wrongful death of my son due to their failure to train, provide training for, hire appropriately trained officers and/or implement policies and procedures that could have prevented my son's death.

- I likewise believe that the Sherriff and the county of Bradley are liable for my son's death for failure to properly supervise the officers.

- All of the actions of the defendants listed likewise amount to assault and battery of my son.

- I believe the county, the officers, and the defendants officers are guilty of negligence and intentional misconduct for failure to implement policies and procedures and customs that comply with national standards.

- I also believe that the Tennessee Burrough of Investigation along with the District attorney General's office has attempted to cover up and withhold information from me regarding this case until the statute of limitations has run.

- I have requested documents for almost one year and been turned away only to find out that a freedom of information request needed to be submitted.

- I have timely submitted the freedom of information request and was informed that I would not be able to receive the Tennessee Burrough of Investigation report until after the timeline for the statute of limitations had already run.

- I can show proof of this.

- The district attorney general's office has also failed to provide me with any information regarding my son's death as of the date of the filing of this lawsuit.

- The Defendants are also negligent or grossly negligent and guilty of assault and battery and should be held liable for the wrongful death of my son Jerry Riley Livingston DOB: 2-18-1983.

*Sandra J. Livingston* (signature)

Sandra J. Livingston
331 Alabama Ave.
Etowah, TN. 37331

423-462-4689