UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| SANDRA LIVINGSTON, as next of kin and on behalf of her deceased son JERRY RILEY LIVINGSTON, <br><br> *Plaintiff*, <br><br> v. <br><br> BRADLEY COUNTY SHERIFF STEVE LAWSON, in his official capacity, and OFFICERS JOHN DOE 1 and 2, in their individual and official capacities, <br><br> *Defendants*. | Case No. 1:23-cv-66 <br><br> Judge Travis R. McDonough <br><br> Magistrate Judge Christopher H. Steger |

**JUDGEMENT ORDER**

On August 10, 2023, the Court ordered Plaintiff Sandra Livingston to file an amended complaint that would cure the deficiencies identified in Defendant Steve Lawson's motion to dismiss by no later than **August 31, 2023** (Doc. 12). In that order, the Court put Plaintiff "**ON NOTICE** that failure to file an amended complaint by the date specified in this order will result in this action being dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b)." (*Id.* (emphasis in original).)

The deadline for Plaintiff to amend her complaint has passed. For these reasons, this matter is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. The Clerk is **DIRECTED** to close the file.

    SO ORDERED.

                                                             **/s/** *Travis R. McDonough*
                                                             **TRAVIS R. MCDONOUGH**

**UNITED STATES DISTRICT JUDGE**